IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA KOMAN, on behalf of herself and all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : Case No.: 2:22-cv-00420-CCW : : |
| ARIAS-DLABIK AGENCY LLC d/b/a AMERICAN INCOME LIFE: SIMON ARIAS AGENCIES d/b/a ARIAS AGENCIES, AMERICAN INCOME LIFE INSURANCE COMPANY, And BRODY EVANSON, *jointly and severally*, | : : : : : |
| Defendant. | |

**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

On consent of the parties and counsel, kindly dismiss the above-captioned matter without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Each party is to bear its own fees and costs.

**J.P. WARD & ASSOCIATES, LLC**

**/s/ Joshua P. Ward**

Joshua P. Ward, Esquire
Counsel for Plaintiff
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
(412) 545-3015
(412) 545-3399 (fax)
jward@jpward.com